UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-24204-UNGARO/TORRES

JUSTIN HUCKABEE,

    Plaintiff,

v.

FLOWER'S BAKING CO. OF MIAMI, LLC,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff, Justin Huckabee, and Defendant, Flowers Baking Co. of Miami, LLC (collectively, the "Parties") hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1) that (1) the Parties have settled this action; (2) the Parties voluntarily dismiss this action with prejudice; and (3) each party shall bear its own costs and fees.

    Dated this 30 day of January, 2013.

                      Respectfully Submitted,

| For the Plaintiff: | For the Defendant: |
|---|---|
| Todd W. Shulby, Esquire<br>tshulby@shulbylaw.com<br>TODD W. SHULBY, P.A.<br>4705 S.W. 148th Avenue<br>Suite 102<br>Davie, Florida 33330-2417<br>Telephone: 954.530.2236<br>Facsimile: 954.530.6628<br><br>*Counsel for Plaintiff Justin Huckabee*<br><br> *s*/ Todd W. Shulby<br>Todd W. Shulby, Esquire<br>Florida Bar No. 68665<br><br>January 30, 2013<br>Date | Christopher P. Hammon<br>chris.hammon@ogletreedeakins.com<br>Gregory R. Hawran<br>gregory.hawran@ogletreedeakins.com<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>701 Brickell Avenue, Suite 1600<br>Miami, Florida 33131-2813<br>Telephone: 305.374.0506<br>Facsimile: 305.374.0456<br><br>*Counsel for Defendant Flowers Baking Company of Miami, LLC.*<br><br> *s*/ Christopher P. Hammon<br>Christopher P. Hammon, Esquire<br>Florida Bar No. 176753<br><br>January 30, 2013<br>Date |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 30, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          /s/ Christopher P. Hammon
                                           Christopher P. Hammon

**SERVICE LIST**
*Justin Huckabee v. Flower's Baking Co. of Miami, LLC*
*Case No.* 12-CV-24204-UNGARO/TORRES
*United States District Court, Southern District of Florida*

Todd W. Shulby, Esq.
TODD W. SHULBY, P.A.
4705 S.W. 148th Avenue
Suite 102
Davie, Florida 33330-2417
Telephone: 954.530.2236
Facsimile:  954.530.6628

*Counsel for Plaintiff Justin Huckabee*

Method of Service: notice of electronic filing


Christopher P. Hammon
 chris.hammon@ogletreedeakins.com
Gregory R. Hawran
 gregory.hawran@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
701 Brickell Avenue, Suite 1600
Miami, Florida 33131-2813
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant Flowers Baking Company of Miami, LLC.*

14242036.1 (OGLETREE)